1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

FRUCI & ASSOCIATES, PS, for itself and on behalf of a class of similarly situated businesses and individuals,

Plaintiff,

v.

A10 CAPITAL LLC, et al.,

Defendants.

CASE NO. C20-864 RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS A10 CAPITAL, LLC, U.S. BANK, AND WELLS FARGO BANK, N.A. TO RESPOND TO AMENDED COMPLAINT

14

15

16

17

18

This matter is before the Court on the joint stipulated motion of Defendants A10 Capital, LLC; U.S. Bank National Association;[1] and Wells Fargo Bank, N.A. and Plaintiff Fruci & Associates, PS.   Dkt. #26.   For the reasons identified in the joint motion and after due consideration, the Court finds and ORDERS as follows:

19

20

   1.  The Stipulated Motion to Extend Time for Defendants A10 Capital, LLC, U.S. Bank, and Wells Fargo Bank, N.A., to Respond to Amended Complaint (Dkt. #26) is GRANTED.

21

22

23

   2.  The Court's Deadlines for a FRCP 26(f) Conference; Initial Disclosures Pursuant to FRCP 26(a)(1); and a Combined Joint Status Report and Discovery Plan as Required by

24

---

[1] Identified in the caption as U.S. Bank, NA ("U.S. Bank").

ORDER – 1

FRCP 26(f) and Local Civil Rule 26(f), all as set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #10), are STRICKEN.

3. The deadline for Defendants A10 Capital, LLC, U.S. Bank National Association, and Wells Fargo Bank, N.A. to answer or otherwise respond to Plaintiff's Amended Complaint is extended until 30 days after the Judicial Panel for Multidistrict Litigation ("JPML") rules on the Motion to Transfer in MDL Case No. 2950 which is currently pending before the JPML.

4. Plaintiff shall file notice with the Court following the JPML's decision on the Motion to Transfer in MDL Case No. 2950.

DATED this 14th day of July, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2