Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRUCI & ASSOCIATES, PS, for itself and on behalf of a class of similarly situated businesses and individuals,<br><br>                 Plaintiff,<br>   v.<br><br>A10 CAPITAL LLC, First Interstate Bank, KeyBank, N.A., Mountain West Bank, Numerica Credit Union, Sound Community Bank, State Bank Northwest, U.S. Bank, N.A., Washington Trust Bank, Wells Fargo Bank, N.A., Wheatland Bank, Inc.,<br><br>                 Defendants. | No.  2:20-cv-00864-RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE AND NOTING DATE FOR DEFENDANTS WASHINGTON TRUST BANK AND SOUND COMMUNITY BANK'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:<br>July 15, 2020** |

## I.    STIPULATION

The parties to this action, by and through their undersigned counsel, stipulate and agree as follows:

1. Washington Trust Bank and Sound Community Bank ("Defendants") filed their Motion to Dismiss (the "Motion") on July 2, 2020, and noted the motion for July 24, 2020.

2. The parties wish to have additional time to prepare the necessary response and reply briefing relating to the Motion and to continue the Noting Date until August 7, 2020.

3. The parties agree that Plaintiff shall file any opposition to the Motion by July 27, 2020; and

STIPULATION AND ORDER
RE BRIEFING SCHEDULE - 1
(2:20-cv-00864-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington  98104-1610
(206) 622-3150 · Fax: (206) 757-7700

4. The parties agree that Defendants shall file any reply briefing on the Motion by August 7, 2020.

IT IS SO STIPULATED.

Respectfully submitted this 15th day of July, 2020.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | AFN LAW PLLC |
| By *s/ Fred B. Burnside*<br>Fred B. Burnside, WSBA No. 32491 | By: *s/ Angus Ni*<br>Angus Ni, WSBA No. 53828 |
| 920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Email: fredburnside@dwt.com | 506 Second Ave., Ste. 1400<br>Seattle, WA 98104<br>Telephone: (646) 543-7294<br>Email: angus@afnlegal.com |
| *Attorneys for Defendants Washington Trust Bank and Sound Community Bank* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

DATED this 15th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
RE BRIEFING SCHEDULE - 2
(2:20-cv-00864-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 15th day of July, 2020.

*s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491

STIPULATION AND ORDER
RE BRIEFING SCHEDULE - 3
(2:20-cv-00864-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700