Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In re:

FRUCI & ASSOCIATES, P.S, for itself and on behalf of a class of similarly situated businesses and individuals,

        Plaintiff,

  v.

A 10 CAPTIAL LLC, FIRST INTERSTATE BANK, KEYBANK, N.A., MOUNTAIN WEST BANK, NUMERICA CREDIT UNION, SOUND COMMUNITY BANK, STATE BANK NORTHWEST, U.S. BANK, N.A., WASHINGTON TRUST BANK, WELLS FARGO BANK, N.A., WHEATLAND BANK, INC.,

        Defendants.

Case No. 2:20-cv-00864-RSM

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MOUNTAIN WEST BANK TO RESPOND TO AMENDED COMPLAINT

Based on the stipulation of the parties, it is HEREBY ORDERED that the deadline for Defendant Mountain West Bank to answer or otherwise respond to the amended complaint is extended to September 4, 2020.

DATED this 21st day of July, 2020.

_____
HONORABLE RICARDO S. MARTINEZ
United States District Court Judge

ORDER EXTENDING TIME FOR DEFENDANT MOUNTAIN WEST BANK TO RESPOND TO AMENDED COMPLAINT - 1

4820-6764-8963.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

PRESENTED BY:

MILLER NASH GRAHAM & DUNN LLP

s/ Steven A. Miller
Steven A. Miller, WSB No. 30388
steven.miller@millernash.com
Kellen A. Hade, WSB No. 44545
kellen.hade@millernash.com
Miller Nash Graham & Dunn LLP
2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Phone:  206.624.8300
Fax:     206-340-9599

MOORE, COCKRELL, GOICOECHEA & JOHNSON, P.C.

 s/ Dale R. Cockrell
Dale R. Cockrell, Montana Bar No. 4185
145 Commons Loop, Suite 200
Kalispell, MT  59901
Phone:  (406) 751-6003
Fax:     (406) 756-6522
Email: dcockrell@mcgalaw.com
**Pro Hac Vice Admission to be Filed**

*Attorneys for Defendant Mountain West Bank*

AFN LAW, PLLC

s/ Angus F. Ni
Angus F. Ni, WSB No. 53828
angus.f.ni@gmail.com
AFN, PLLC
506 2nd Avenue, Suite #1400
Seattle, WA  98104-2329
Phone:  (773) 543-3223

*Attorneys for Plaintiff*

ORDER EXTENDING TIME FOR DEFENDANT MOUNTAIN WEST BANK TO RESPOND TO AMENDED COMPLAINT - 2

4820-6764-8963.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121