HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FRUCI & ASSOCIATES, PS, for itself and on behalf of a class of similarly situated businesses and individuals,<br><br>Plaintiff,<br><br>vs.<br><br>A10 CAPITAL LLC; FIRST INTERSTATE BANK; KEYBANK N.A.; MOUNTAIN WEST BANK; NUMERICA CREDIT UNION; SOUND COMMUNITY BANK; STATE BANK NORTHWEST, U.S. BANK, NA; WASHINGTON TRUST BANK' WELLS FARGO BANK, N.A.; ANDWHEATLAND BANK, INC.,<br><br>Defendants. | Case No. 2:20-cv-00864-RSM<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT FIRST INTERSTATE BANK TO RESPOND TO AMENDED COMPLAINT** |

Based on the stipulation of the parties, it is HEREBY ORDERED that the deadline for defendant First Interstate Bank to answer or otherwise respond to the amended complaint is extended to September 4, 2020.

DATED this 11th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT FIRST INTERSTATE BANK TO RESPOND TO AMENDED COMPLAINT – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone: (503) 382-3845
Facsimile: (503) 616-3600