THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| Fruci & Associates, PS, for itself and on behalf of a class of similarly situated businesses and individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A10 Capital LLC, First Interstate BancSystem, KeyBank N.A., Mountain West Bank, Numerica Credit Union, Sound Community Bank, State Bank Northwest, U.S. Bank, NA, Washington Trust Bank, Wells Fargo Bank, N.A., Wheatland Bank, Inc.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00864-RSM<br><br>Judge Ricardo S. Martinez<br><br>**STIPULATION TO SUBSTITUTE COUNSEL**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 15, 2020** |

STIPULATION TO SUBSTITUTE COUNSEL - 1
4824-9759-2009

SNELL & WILMER
Attorneys at Law
2018 156th Avenue, NE, Ste. 100
Bellevue, WA 98007
(425) 748-5055

1   Pursuant to LCR 83.2(b), it is hereby stipulated that defendant Wells Fargo Bank, N.A.,
2   substitutes Clifford S. Davidson and Tanya N. Lewis, and the law firm of Snell & Wilmer
3   L.L.P., 2018 156th Ave, NE, Suite 100, Bellevue, WA 98007, in place of Román D. Hernández
4   of Troutman Pepper Hamilton Sanders LLP. New counsel certify that they will comply with any
5   existing hearing schedules and deadlines.

Dated: September 15, 2020.                    SNELL & WILMER L.L.P.

                                              By: */s/ Tanya N. Lewis*
                                                  Clifford S. Davidson, WSBA #48313
                                                  Tanya N. Lewis, WSBA #31032

                                              *Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: September 15, 2020.                    TROUTMAN PEPPER HAMILTON
                                              SANDERS LLP


                                              By: */s/ Roman D. Hernarndez*
                                                  Román D. Hernández, WSBA #39939
                                                  100 SW Main ST, Ste. 1000
                                                  Portland, OR 97204

                                              *Former Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: September 15, 2020.                    AFN LAW PLLC


                                              By: */s/ Angus F. Ni*
                                                  Angus F. Ni, WSBA #53828
                                                  506 2nd Ave Ste. 1400
                                                  Seattle, WA 98104

                                              *Attorneys for Plaintiff*

STIPULATION TO SUBSTITUTE COUNSEL - 2
4824-9759-2009

SNELL & WILMER
Attorneys at Law
2018 156th Avenue, NE, Ste. 100
Bellevue, WA 98007
(425) 748-5055

| | | |
|---|---|---|
| 1 | Dated: September 15, 2020. | MILLER NASH GRAHAM & DUNN LLP |
| 2 | | |
| 3 | | By: */s/ Steven A. Miller*<br>Steven A. Miller, WSBA #30388 |
| 4 | | 2801 Alaskan Way, Ste. 300 Pier 70<br>Seattle, WA 98121 |
| 5 | | JONES DAY |
| 6 | | Christopher M McLaughlin OH# 78186 |
| 7 | | Michael Peter Conway OH# 6201032<br>Tracy K Stratford OH# 69457 |
| 8 | | 901 Lakeside Ave.<br>North Point<br>Cleveland, OH 44114 |
| 9 | | |
| 10 | | *Attorneys for Defendant KeyBank NA.* |
| 11 | Dated: September 15, 2020. | MILLER NASH GRAHAM & DUNN LLP |
| 12 | | |
| 13 | | By: */s/ Kellen A. Hade*<br>Steven A. Miller, WSBA #30388 |
| 14 | | Kellen A. Hade, WSBA# 44545<br>2801 Alaskan Way, Ste. 300 Pier 70 |
| 15 | | Seattle, WA 98121 |
| 16 | | *Attorneys for Mountain West Bank* |
| 17 | | |
| 18 | Dated: September 15, 2020. | DAVIS WRIGHT TREMAINE |
| 19 | | |
| 20 | | By: */s/ Fred Burnside*<br>Fred B Burnside, WSBA #32491 |
| 21 | | 920 Fifth Ave, Ste. 3300<br>Seattle, WA 98104 |
| 22 | | *Attorneys for Defendant Sound Community Bank and Washington Trust Bank* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION TO SUBSTITUTE COUNSEL - 3
4824-9759-2009

| | | |
|---|---|---|
| 1 | Dated: September 15, 2020. | DORSEY & WHITNEY |
| 2 | | |
| 3 | | By: */s/ Shawn J. Larsen- Bright* |
| | | Shawn J. Larsen-Bright, WSBA #37066 |
| 4 | | 701 Fifth Avenue, Ste. 6100 |
| | | Seattle, WA 98104 |
| 5 | | *Attorneys for Defendant U.S. Bank NA* |
| 6 | | |
| 7 | Dated: September 15, 2020. | GORDON REES SCULLY MANSUKHANI LLP |
| 8 | | |
| 9 | | By: */s/ Tanya O'Neil* |
| | | Christopher E. Hawk, WSBA #43307 |
| 10 | | Tanya O'Neil, WSBA #41644 |
| | | 1300 SW 5th Ave, Ste. 2000 |
| 11 | | Portland, OR 97201 |
| 12 | | NELSON MULLINS RILEY & SCARBOROUGH |
| 13 | | |
| | | Gregory Michael Taube GAB# 669166 |
| 14 | | 201 17TH Street NW, STE 1700 |
| | | Atlanta, GA 30363 |
| 15 | | *Attorneys for Defendant First Interstate Bank* |

STIPULATION TO SUBSTITUTE COUNSEL - 4
4824-9759-2009