THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Fruci & Associates, PS, for itself and on behalf of a class of similarly situated businesses and individuals,<br><br>        Plaintiff,<br><br>      v.<br><br>A10 Capital LLC, First Interstate BancSystem, KeyBank N.A., Mountain West Bank, Numerica Credit Union, Sound Community Bank, State Bank Northwest, U.S. Bank, NA, Washington Trust Bank, Wells Fargo Bank, N.A., Wheatland Bank, Inc.,<br><br>        Defendants. | Case No. 2:20-cv-00864-RSM<br><br>**ORDER APPROVING STIPULATION TO SUBSTITUTE COUNSEL** |

The Court, having considered Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Stipulation to Substitute Counsel, and finding good cause, hereby approves that stipulation. Clifford S. Davidson and Tanya N. Lewis, and the law firm of Snell & Wilmer L.L.P., are hereby SUBSTITUTED in place of Román D. Hernández of Troutman Pepper Hamilton Sanders LLP.

DATED this 16th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

4843-0422-4201

SNELL & WILMER
Attorneys at Law
2018 156th Avenue, NE, Ste. 100
Bellevue, WA 98007
(425) 748-5055

Presented by:

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
    Clifford S. Davidson, WSBA #48313
    Tanya N. Lewis, WSBA #31032

*Attorneys for Defendant Wells Fargo Bank, N.A.*

ORDER APPROVING STIPULATION TO SUBSTITUTE COUNSEL - 1
4843-0422-4201

SNELL & WILMER
Attorneys at Law
2018 156th Avenue, NE, Ste. 100
Bellevue, WA 98007
(425) 748-5055