THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| Fruci & Associates, PS, for itself and on behalf of a class of similarly situated businesses and individuals,<br><br>        Plaintiff,<br><br>        v.<br><br>A10 Capital LLC, First Interstate BancSystem, KeyBank N.A., Mountain West Bank, Numerica Credit Union, Sound Community Bank, State Bank Northwest, U.S. Bank, NA, Washington Trust Bank, Wells Fargo Bank, N.A., Wheatland Bank, Inc.,<br><br>        Defendants. | Case No. 2:20-cv-00864-RSM<br><br>**ORDER APPROVING STIPULATED JOINT MOTION TO EXTEND TIME TO ESTABLISH BRIEFING SCHEDULE** |

4818-9770-2091.3

SNELL & WILMER
Attorneys at Law
2018 156th Avenue, NE, Ste. 100
Bellevue, WA 98007
(425) 748-5055

The Court, having considered the Moving Parties' Stipulated Joint Motion to Extend Time and Establish Briefing Schedule, and finding good cause, hereby orders as follows:

- Plaintiff's Opposition to the Moving Defendants' Motion to Dismiss and Mountain West Bank's Motion to Dismiss shall be due on October 5, 2020;
- Moving Defendants' Reply in Support of their Motion to Dismiss shall be due on October 19, 2020;
- Mountain West Bank's Reply in Support of its Motion to Dismiss also shall be due on October 19, 2020.

DATED this 17th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
    Clifford S. Davidson, WSBA #48313
    Tanya N. Lewis, WSBA #31032

*Attorneys for Defendant Wells Fargo Bank, N.A.*
ORDER APPROVING STIPULATION TO EXTEND TIME TO ESTABLISH A BRIEFING SCHEDULE - 1
4818-9770-2091.3

SNELL & WILMER
Attorneys at Law
2018 156th Avenue, NE, Ste. 100
Bellevue, WA 98007
(425) 748-5055